JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/28/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEMETRIUS C. WALTON,<br><br>    Petitioner,<br><br>  v.<br><br>JOHN SOTO,<br><br>    Respondent. | No. ED CV 14-00428-MWF (VBK)<br><br>JUDGMENT |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: April 28, 2015

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE